# United States Court of Appeals for the Federal Circuit

---

September 29, 2011

**ERRATA**

---

Appeal No. 2010-1382

**KIMBERLY-CLARK WORLDWIDE, INC. AND KIMBERLY-CLARK GLOBAL SALES, LLC,**
v.
**FIRST QUALITY BABY PRODUCTS, LLC AND FIRST QUALITY RETAIL SERVICES, LLC,**

Decided: June 1, 2011
Nonprecedential Opinion

---

Please make the following changes:

Page 10, line 16, change "a" to --an--

Page 10, lines 18-19, delete "raised a substantial question of validity for" and insert --asserted a defense to--.

Page 10, lines 19-20, delete "cannot be characterized as substantially meritless" and insert --raises a substantial question of validity and does not lack substantial merit--

Page 14, lines 1-2, delete "raised a substantial question of validity for" and insert --asserted a defense to--

Page 14, line 3 delete "cannot be characterized as sub-

stantially meritless" and insert --raises a substantial question of validity and does not lack substantial merit--

Page 18, line 2, delete "raised a substantial question of validity for" and insert --asserted a defense to--

Page 18, line 3-4, delete "cannot be characterized as substantially meritless" and insert --raises a substantial question of validity and does not lack substantial merit--